AO 245D (Rev. 12/07) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

## Middle District of Alabama

| UNITED STATES OF AMERICA | **Judgment in a Criminal Case** |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |

| REID KELSEY BLACK | Case No. | 3:00cr040-WHA-01 |
|---|---|---|
| | USM No. | 10633-002 |

William McGeachy
Defendant's Attorney

**THE DEFENDANT:**

☐ admitted guilt to violation of condition(s) _____ of the term of supervision.

✓ was found in violation of condition(s) __1 and 2__ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Failure to maintain regular lawful employment | 1/2012 |
| 2 | Failure to notify probation officer 10 days prior to change in employment | 12/24/2011 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

✓ Violation #3 is dismissed on oral motion of the Government.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: __5196__

Defendant's Year of Birth: __1961__

City and State of Defendant's Residence:
__Opelika, AL__

February 2, 2012
Date of Imposition of Judgment

Signature of Judge

W. Harold Albritton, Senior U. S. District Judge
Name and Title of Judge

2/3/12
Date

DEFENDANT: REID KELSEY BLACK
CASE NUMBER: 3:00cr040-WHA-01

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total total term of:

**24 months, with no supervision to follow.**
It is ORDERED that the term of supervised release imposed on August 16, 2000 is REVOKED. The court has taken into consideration the policy statements in Chapter 7 of the Guidelines Manual, the guideline range, and all relevant information in imposing the sentence at 24 months.

✓ The court makes the following recommendations to the Bureau of Prisons:
The court recommends that the Defendant be designated to a facility where anger management counseling is available.

✓ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____

_____

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL